B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of South Carolina

In re Paul Cutler ,    Case No. 16-06112

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LaJolla Cove Bullhead City, LLC | Private Capital Group, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1150 Silverado Street, Suite 203
  LaJolla, CA 92037

Court Claim # (if known): 5
Amount of Claim: $3,005,773.72
Date Claim Filed: 08/01/2017

Phone: 858.551.5542 (Steven Romanoff)
Last Four Digits of Acct #: _____

Phone: 503.222.9981 (Craig Russillo)
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 11/17/17
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Schwabe
## WILLIAMSON & WYATT®

January 9, 2018

**MaryAnn Ivie, RP**
Senior Paralegal
T: 503-796-3730
C: 503-332-9519
mivie@schwabe.com

**VIA FIRST CLASS MAIL**

Clerk of the Court
United States Bankruptcy Court
1100 Laurel Street
Columbia, South Carolina 29201

RECEIVED
2018 JAN 12  AM 11:19
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

RE:  In Re Paul Cutler, Case No. 16-06112
     Fees for Transfer of Claim #5
     Our File No.: 130025-216000

Dear Clerk:

Enclosed is a check for $25.00 to cover the filing fee for the Transfer of Claim #5 to LaJolla Cove Bullhead City, LLC, that was filed on 12/7/17 (docket #116), a copy of which is attached.

Please don't hesitate to contact me with any questions or concerns.

Sincerely,

MaryAnn Ivie, RP
Senior Paralegal

MAI:cck

PDX\130025\216000\MAI\22162252.1